UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA  :  **ORDER**
      - v. -  :
JOHN PENNISI,  :  S9 18 Cr. 15 (AKH)
              Defendant.  :
- - - - - - - - - - - - - - - - - - x

      WHEREAS, the proceedings concerning the defendant, JOHN PENNISI, have to the date of this order been under seal;

      WHEREAS, the defendant and the Government (collectively, the "Parties") have consented to the unsealing of certain documents and transcripts, and proposed redactions to other documents such that the unredacted portion of those documents may be unsealed;

      WHEREAS, the Court has reviewed the material which the parties propose to redact, and determined that redaction is necessary and appropriate because the compelling interest in preserving the safety and confidentiality of cooperating witnesses and third parties outweighs the public's interest in access to the redacted material, and the redactions have been narrowly tailored;

      IT IS HEREBY ORDERED:

1

1. The following documents shall be unsealed and posted in their entirety on docket 18 Cr. 15 (AKH): Information S9 18 Cr. 15 (AKH); the defendant's waiver of his right to indictment dated May 16, 2019; the Parties' joint letter of November 9, 2020; the Parties' joint letter of November 13, 2020 requesting the entry of this order; and this order.

2. The following documents and transcripts shall be unsealed and posted in redacted forms supplied by the Parties: The defendant's May 16, 2019 plea transcript; the Parties' sentencing submissions, to include letters from the defendant and his relatives attached as exhibits to the defendant's sentencing submission; the November 12, 2020 sentencing transcript; and the judgment of conviction and sentence.

IT IS SO ORDERED.

Dated: New York, New York
December 4, 2020

_____
THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE