UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA

    -against-　　　　　　　　　　　　　　　　18 Cr. 15 (AKH)

JOHN PENNISI,

               *Defendant.*
------------------------------------------------------X

*SENTENCING MEMORANDUM AND EXHIBIT
ON BEHALF OF DEFENDANT JOHN PENNISI*

Anthony Strazza, Esq.
245 Main Street, Suite 420
White Plains, New York 10601
Tel: (914) 428-3700
Fax: (914) 517-5952
as@strazzalaw.com

LAW OFFICE OF ANTHONY STRAZZA

245 MAIN STREET, SUITE 420, WHITE PLAINS, NY 10601
OFFICE: 914.428.3700 ♦ FAX: 914.517.5952 ♦ AS@STRAZZALAW.COM

March 23, 2020

***TO BE FILED***
***UNDER SEAL***

*BY Email and Regular Mail*
Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                 Re:     <u>United States v. John Pennisi</u>
                            18 Cr. 15 (AKH)

Dear Judge Hellerstein:

    I represent John Pennisi, the defendant in the above referenced matter. Mr. Pennisi's sentencing proceeding is currently scheduled for April 3, 2020. This letter and the accompanying exhibit are respectfully submitted on behalf of Mr. Pennisi to assist the Court in determining a sentence that is sufficient, but not greater than necessary to achieve the sentencing goals set forth in 18 U.S.C. § 3553(a).

**Introduction**

[REDACTED] From 2013 to 2018, John Pennisi was a soldier in the Luchese Crime Family. In October 2018, Mr. Pennisi ceased all criminal activity and voluntarily began cooperating with the FBI. Notably, at this time he was

*Honorable Alvin K. Hellerstein, U.S.D.J.*
*United States v. John Pennisi*
*March 23, 2020*



2

*Honorable Alvin K. Hellerstein, U.S.D.J.*
*United States v. John Pennisi*
*March 23, 2020*

time served.  This sentence would be just, sufficient, and not greater than necessary under the circumstances here.

## Background

On May 16, 2019, Mr. Pennisi appeared before this Court, and entered a plea of guilty - pursuant to a cooperation agreement - to 2 Counts of the above referenced Superseding Information: Count 1- participating in a racketeering conspiracy in violation of 18 U.S.C. §1962(d); and Count 2- using and carrying firearms in relation to the racketeering conspiracy (some of which were discharged), and aiding and abetting the same, in violation of 18 U.S.C. § 924 (c)(1)(A)(i), (iii) and 2.  Currently, Mr. Pennisi is subject to a statutory minimum sentence of 10 years' imprisonment on Count 2 absent relief under 18 U.S.C. § 3553(e) and Section 5K1.1 of the United States Sentencing Guidelines ("Guidelines"), however, defense counsel has been informed by the Government that they intend to move to dismiss Count 2 at the time of sentencing pursuant to *U.S. v. Davis*, 139 S. Ct. 2319 (2019).  Defense counsel has also been informed that the Government will be submitting a notice of intent to move to have the Court sentence Mr. Pennisi pursuant to 18 U.S.C. § 3553(e) in light of the factors set forth in Section 5K1.1(a)(1)-(5) of the Guidelines.

## The Probation Report

The United States Department of Probation for the Southern District of New York ("Probation") provided the parties with its final Pre-Sentence Investigation Report ("PSR") on March 4, 2020.  As for Count 1, Probation has calculated Mr. Pennisi's Guidelines range to be 51-63 months' imprisonment, based upon a total offense level of 22 and a criminal history category of III.  We do not dispute these calculations, nor do we have any objections to the PSR.

*Honorable Alvin K. Hellerstein, U.S.D.J.*
*United States v. John Pennisi*
*March 23, 2020*

Probation ultimately recommends a sentence of 51 moths' imprisonment. Notably, however, this recommendation does not take into account the nature and extent of Mr. Pennisi's cooperation- pursuant to this Court's directive. We have been informed by Probation that had the Court permitted them to do so, its recommendation would most certainly have included a substantial downward variance based on the specific substantial assistance that Mr. Pennisi provided.

### The Appropriate Sentence

It is undisputed that the crimes Mr. Pennisi committed are serious offenses, however, there is every reason to believe that the requested sentence of time served will accomplish the goals embodied in 18 U.S.C. § 3553. Although the advisory Guidelines suggest that a period of incarceration is appropriate, the Court has the discretion to impose a more reasonable sentence that takes into account the substantial assistance that Mr. Pennisi provided, along with his voluntary, self-initiated confession, which formed the basis for this prosecution.

As his letter to the Court indicates, Mr. Pennisi has had plenty of time to reflect on the poor choices he made in the past, and he is determined to live a law-abiding life in the future. See Exhibit A. He is aware of the seriousness of the crimes that he committed; he has fully accepted responsibility for his actions; and he completely understands the consequences of his conduct. Mr. Pennisi has also repeatedly expressed remorse to the Government, counsel, and Probation. Indeed, Mr. Pennisi has demonstrated his desire to change with his actions over the last approximate 18 months.

As noted above, In October 2018, Mr. Pennisi voluntary decided to contact the FBI and started providing information against himself and other members of La Cosa Nostra. He did not have any reason to believe that the authorities were aware of any of the crimes that he had

*Honorable Alvin K. Hellerstein, U.S.D.J.*
*United States v. John Pennisi*
*March 23, 2020*



*Honorable Alvin K. Hellerstein, U.S.D.J.*
*United States v. John Pennisi*
*March 23, 2020*

███████████████████████████████████████

███████████████████████████████████████████

████████████████████████

       ██████████████████████████████████

███████████████████████████████

█████████████████████████████████████

█████████████████████████████████████

██████████████████████████████████

████████████████████████████████

██████████████████████████████████

██████████████████████████████████

       ████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

█████████████████████████

       ████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████

███████████████████████████████████

████████████████████████████████████████████

████████████████████

*Honorable Alvin K. Hellerstein, U.S.D.J.*
*United States v. John Pennisi*
*March 23, 2020*

[redacted]

*Honorable Alvin K. Hellerstein, U.S.D.J.*
*United States v. John Pennisi*
*March 23, 2020*

## Request to File Under Seal

Due to the sensitive nature of the information contained herein, it is requested that this submission be filed under seal. The Court's time and attention are very much appreciated.

*Respectfully submitted*,

-s-

Anthony Strazza

cc:   AUSA Hagan Scotten (via Email)