Honorable Hellerstein,



John worked various jobs while growing up but started to associate himself with the wrong people from our neighborhood. My parents, his father and I all warned him not to involve himself with these people. John eventually got into trouble and was sent to prison for seventeen years. As a mother, it was the hardest thing to watch unfold.

e again made the wrong choice in friends and finds himself in the situation he is now in. I witnessed a big change in these past few years, he is trying to change his life around. He is a loving father and goes out of his way for his children. I am proud that he did not turn out like his own father. As a mother I plead with you to give John the chance to live a peaceful life as a law-abiding citizen.

Sincerely,