# EXHIBIT A

EXHIBIT A

Judge Hellerstein,

My name is John Pennisi, I first met your Honor at the trial of Eugene Castelle where I testified as a witness for the Government. I remember being nervous as I first sat into the witness stand, as a Federal Court and Judge can be intimidating. That day, your Honor made me feel comfortable and I thank you jfor that.

I will now be standing before your Honor for my sentencing. I would like to first begin with the crimes that I am responsible for. I am more than sure that you have had numerous defendants stand before you saying they were sorry for whatever they are charged with.  Certainly, you are aware of the amount of insincerity that came with some of those apologies. It was the predicament they found themselves in that made them say those words as they looked for leniency from your Honor. I can say that for myself, it is not just a one-time, insincere apology. I atone and apologize every day to my God and my family. Where my family is concerned, it does not come with words but by my actions that I want to make up for what I have put them through.

In June of 2007, I was released from state custody after almost seventeen years of incarceration for a manslaughter. I am ashamed and disappointed with myself for not learning my lesson and realizing the second chance I was given. Although having kept my distance from the mob and the people associated with it for several years upon my release, the decision was mine to get back involved. That involvement led to my ultimately becoming a made member of the Lucchese crime family. I can stand before you and blame my neighborhood, upbringing or any other plausible excuse for my decision, I have no excuse to give you. Just as I have no excuse for the above, I have no excuses for my conduct, hence; the crimes I am charged with and any crime the Lucchese family has committed as I was a member of that organization.

Growing up in both neighborhoods of Howard Beach and Ozone Park Queens it was instilled in us at a young age not to cooperate with any form of law enforcement. In and around October of 2018 I walked into a Federal building and began cooperating. Against every fiber in my body, knowing very well I would lose membership, friends and family. I made a choice, one that I do not regret now. In making that decision, I withheld nothing. I admitted to crimes and spoke about crimes I knew the Government had no knowledge of. Several people have told me what a big mistake this was. Afterall, who tells law enforcement about crimes one is guilty of knowing they will charge you accordingly? That was my atonement, that was me saying I am sorry and want to finally change my life around.

I have testified at three trials, one where the administration (Acting Boss, Underboss) of the Lucchese family were charged. I have spoken to numerous FBI agents, Prosecutors and all other law enforcement agencies, at times for eight hours straight. ███████████████████████████████████ ████████████████████ As I mentioned earlier, I held no information back and when something I may have forgotten came to mind, I reached out to the agents and relayed it.

These past two years have taken a toll on me. ████████████████████████████████ ████████████████████████████████████████ nytime I get into my car my heart is in my throat as many mob hits are carried out with the intended victim in their car. ████████████████████████



The two biggest influences in my life were my grandparents, who have both passed away. My grandmother used to tell me, "John, walk a straight line" and unfortunately, I never listened to her. I am listening to her now. Since walking into the FBI office in October 2018 I have committed no crime and will continue to live a crime free lifestyle. I want to and plan to live my life as a productive member of society like my grandfather, who worked forty-one years at the Brooklyn navy yard.


Respectfully,

John Pennisi