Dear Judge Hellerstein,

██████████ Although our time together was limited, my dad still made sure he was proactive and aware of my schoolwork and day to day life, helping me set a good example for my other siblings. My dad made sure to call daily and write letters, to keep in contact with me and reassuring me that he will always be involved in my life. He motivated me and supported me in any activity I partook, such as sports, clubs at school, etc. My father being incarcerated did not stop him from being a father. ██████████ Since adjusting back to normal life, I've not only had a better relationship with him, but I can see the change in him as a human being. ██████████

██████████ Due to unfortunate events, my father has found himself in a place he should not be in. My constant worry in the back of my head is the possibility of losing my father. As I matured and saw the scenario he was in from the outside, it showed me that my siblings and I were always his number one priority. His help and support is one of the key factors in my life ██████████. It's no story that my dad has gone through the famous saying "hell and back." Throughout my father's life he has been surrounded by unfortunate events. ██████████

Luckily my grandmother, my father's mother, have always had a continuous and caring relationship. My father has grown through the situation in many ways. ██████████ His views of life have drastically changed for the better. I couldn't picture where I'd be in life without his influence.

Sincerely,